# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00592-RJC-DSC

| | |
|---|---|
| **DARIQUEZ GALLOWAY,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>)<br>) |
| **CHARTER COMMUNICATION,** | )<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER** is before the Court on "Defendant's Motion to Dismiss and Compel Arbitration or in the Alternative, to Stay Proceedings Pending Arbitration" (document # 7) filed January 28, 2020.

On February 24, 2020, *pro se* Plaintiff filed his Response to Defendant's Motion and consents to arbitration. It appearing to the Court that the parties entered into a Mutual Arbitration Agreement that contains a binding arbitration clause, and with the consent of the parties, the Court concludes that Defendant is entitled to an order compelling the parties to arbitrate all claims based on Plaintiff's employment with Defendant in accordance with the terms of the Mutual Arbitration Agreement.

IT IS THEREFORE ORDERED that Defendant's Motion to Compel Arbitration is **GRANTED** and the parties are hereby ordered and compelled to arbitrate all issues in this action. Accordingly, this action is **STAYED** until the completion of the arbitration proceeding. The parties shall file a status report within fourteen days of the conclusion of the arbitration proceeding.

The Clerk is directed to send copies of this Order to pro se Plaintiff, counsel for Defendant, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: February 27, 2020

David S. Cayer
United States Magistrate Judge