**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00592-RJC-DSC**

| | |
|---|---|
| **DARIQUEZ GALLOWAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **CHARTER COMMUICATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** comes before the Court *sua sponte*.

On November 4, 2019, Plaintiff filed a pro se Complaint alleging employment discrimination. (Doc. No. 1). On February 27, 2020, the Magistrate Judge compelled arbitration and stayed the action until the completion of the arbitration proceeding. (Doc. No. 11). The Magistrate ordered the parties to "file a status report within fourteen days of the conclusion of the arbitration proceeding." (*Id.*). On June 30, 2021, Defendant notified the Court that the arbitration proceeding was set for hearing on September 14-17, 2021, and that Defendant's counsel in this matter "will continue to monitor the arbitration and update the Court." (Doc. No. 18).

Over a year later, after neither party filed a status report, on September 13, 2022, the Court ordered the parties to file a status report within ten days of the Order. Neither party filed a status report. Thereafter, on October 12, 2022, the Court ordered the parties to show cause as to why this case should not be dismissed for failure to prosecute within ten days of this Order. The parties did not respond or otherwise show cause as to why this action should not be dismissed for failure to prosecute.

Accordingly, **IT IS, THEREFORE, ORDERED** that this action is **DISMISSED** for

failure to prosecute.

    The Clerk of Court is directed to close this case.

Signed: November 1, 2022

Robert J. Conrad, Jr.
United States District Judge

2

Case 3:19-cv-00592-RJC-DSC   Document 19   Filed 11/01/22   Page 2 of 2